UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 5:13-cv-0949-CLS-TMP |
| CORIZON, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 2, 2015, recommending that defendants' motion for summary judgment (doc. 21) be granted on plaintiff's federal claims and that such claims be dismissed with prejudice. The magistrate judge further recommended that the court decline to exercise supplemental jurisdiction over plaintiff's state law claims of medical malpractice and negligence and that such claims be dismissed without prejudice. The parties were allowed fourteen (14) days to file objections and advised that the failure to file such objections would bar any later challenge or review of the factual findings of the magistrate judge. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is

ACCEPTED. The court EXPRESSLY finds that there are no genuine issues of material fact and defendants are entitled to judgment as a matter of law on plaintiff's federal claims.

Accordingly, defendants' motion for summary judgment is due to be GRANTED and plaintiff's federal claims are due to be DISMISSED WITH PREJUDICE. The court DECLINES to exercise supplemental jurisdiction over plaintiff's state law claims of medical malpractice and negligence, and those clams are due to be DISMISSED WITHOUT PREJUDICE. A Final Judgment will be entered.

DONE this 29th day of July, 2015.

_____
United States District Judge